UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASON A. KING,<br><br>                              Plaintiff,<br><br>         -against-<br><br>UNITED STATES GOVERNMENT FEDERAL; UNITED STATES FEDERAL BUREAU OF INVESTIGATION,<br><br>                              Defendants. | 23-CV-4860 (LTS)<br><br>CIVIL JUDGMENT |

     For the reasons stated in the August 22, 2023, order, this action is dismissed.

     The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   October 5, 2023
             New York, New York

                                                  /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                                Chief United States District Judge